FILED IN OPEN COURT
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NOV 21 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

MARINA KOLBE,

             Plaintiff,

vs.

CABLE NEWS NETWORK, INC., and
TURNER BROADCASTING SYSTEM,
INC.,

             Defendants.

:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.

1:03-CV-2650-CC

## SPECIAL VERDICT FORM

1.     Do you find that Defendant(s) discriminated against Plaintiff on account of her race by failing to renew her contract at CNN International and/or failing to hire her as a freelance anchor at CNN International after the expiration of her contract, in violation of 42 U.S.C. § 1981?

    Yes ___

    No ✓

*If you answered "no" to this question, please proceed to Question 2. If you answered "yes" to this question, please answer the remaining questions in this section.*

    (a) Should Plaintiff be awarded back pay and benefits?

    Yes ___

    No ___

    If yes, for what time period? _____

    and in what amount? _____

    (b) Should Plaintiff be awarded compensatory damages for emotional pain and suffering?

Yes ___

No ___

If yes, in what amount?  _____

2.    Do you find that Defendant(s) discriminated against Plaintiff on account of her race in the terms and conditions of her employment, in violation of 42 U.S.C. § 1981?

Yes ___

No ✓

*If you answered "no" to this question, please proceed to Question 3.  If you answered "yes" to this question, please answer the remaining question in this section.*

(a)  Should Plaintiff be awarded compensatory damages for emotional pain and suffering?

Yes ___

No ___

If yes, in what amount?  _____

3.    Do you find that Defendant(s) discriminated against Plaintiff on account of her age in failing to hire her for freelance or full-time positions at CNN USA and/or CNN Headline News after the expiration of her contract with CNN International, in violation of the Age Discrimination in Employment Act?

Yes ___

No ✓

*If you answered "yes" to this question, please answer the remaining questions in this section.*

(a)  Should Plaintiff be awarded back pay and benefits?

Yes ___

No ___

If yes, for what time period? _____

and in what amount? _____

(b) Did Defendant(s) know their actions were in violation of the law or act in reckless disregard of the law?

Yes ___

No ___

*If you answered "no" to each of the first questions posed in Questions 1-3, please sign and date this form below and return the form.  If you answered "yes" to any of the above questions, please proceed to Question 4.*

4.      Do you find that Plaintiff Marina Kolbe was an employee of Turner Broadcasting System, Inc.?

Yes ___

No ___

*If you answered "yes" to this question,  please sign and date this form below and return the form.  If you answered "no," please proceed to answer the next question.*

Do you find that Turner Broadcasting System, Inc. exercised control over Plaintiff's contract with Cable News Network, Inc. or the employment decisions of Cable News Network, Inc.?

Yes ___

No ___

SO SAY WE ALL.

Jury Foreperson                     Date