FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

NOV 27 2007

JAMES N. HATTEN, Clerk
By: *[signature]*
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARINA KOLBE	CIVIL ACTION NO.

vs.

CABLE NEWS NETWORK, INC.	1:03-CV-2650-CC
and TURNER BROADCASTING
SYSTEM, INC.

## JUDGMENT

This action having come before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED and ADJUDGED that the plaintiff, take nothing, that the action be dismissed, and that the defendants, recover of the plaintiff their costs of action.

Dated at Atlanta, Georgia, this 27th day of November, 2007.

JAMES N. HATTEN, Clerk

By: *[signature]*

Deputy Clerk